IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA NELLIE FISHER, | ) | 8:11CV78 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

1. Filing 16, Defendant's motion to withdraw its motion to dismiss, is granted.

2. Filing 10, Defendant's motion to dismiss, is withdrawn.

3. Defendant shall answer Plaintiff's complaint and file the administrative record no later than September 19, 2011.

DATED this 22nd day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge