IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA N. FISHER, | ) | 8:11CV78 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 23) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by December 21, 2011;

2. Plaintiff may file a reply brief by January 9, 2012; and

3. This case shall be ripe for decision on January 10, 2012.

November 18, 2011.                                BY THE COURT:

                                                  *Richard G. Kopf*
                                                  United States District Judge